CO-386-online
10/03

# United States District Court
# For the District of Columbia

Wells Fargo Bank, N.A., et al.  )
)
)
)
vs      Plaintiff  )   Civil Action No._____
)
Jocquelle Wrenn  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Wells Fargo Bank, N.A. et al.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Wells Fargo Bank, N.A. et al.  which have any outstanding securities in the hands of the public:

Wells Fargo & Co.
HSBC Holdings PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

494493
BAR IDENTIFICATION NO.

Timothy W. Bucknell
Print Name

1050 Connecticut Ave. NW
Address

Washington,   DC         20036
City           State       Zip Code

(202) 857-6000
Phone Number