U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Wells Fargo Bank, N.A., et al.

vs.

Jocquelle Wrenn, et al.

No. 1:08-CV-00165 CKK

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Amended Complaint to Convey Title and Establish Liens or for Specific Performance to Re-Execute Conveyance and Liens: Action Involving Real Property, Exhibits A-C, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:00 am on March 26, 2008, I served Jocquelle Wrenn at 348 Shady Glen Drive, Capitol Heights, Maryland 20743 by serving Jocquelle Wrenn, personally.  Described herein:

```
   SEX-    FEMALE
   AGE-    44
HEIGHT-    5'5"
  HAIR-    BLACK
WEIGHT-    140
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 3-28-08
               Date

MELVIN M. SHAPIRO
1827 18th Street, NW
Washington, DC 20009
Our File#- 203342