UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOCQUELLE WRENN, *et al.*, <br><br> Defendants. | Civil Action No. 08-165 (CKK) |

**ORDER**
(May 16, 2008)

The Complaint in this case was filed on January 28, 2008. The Defendants were served on March 25, 2008, and March 26, 2008, respectively. No response to the Complaint has been filed. Plaintiffs have also not taken any additional measures to prosecute this case.

Accordingly, it is, this 16th day of May, 2008, hereby,

**ORDERED** that by no later than June 6, 2008, Plaintiffs shall either file for default or take other appropriate action to prosecute this claim or the Court will dismiss it without prejudice for want of prosecution; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to Defendants at the following addresses:

Jocquelle Wrenn                     Randolph Stevens
348 Shady Glen Dr.                  13212 Coldwater Dr.
Capitol Heights, MD 20743           Fort Washington, MD 20744

**SO ORDERED.**

                                                                  */s/* _____
COLLEEN KOLLAR-KOTELLY
United States District Judge