IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WELLS FARGO BANK, N.A., et al., )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Plaintiffs,　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>JOCQUELLE WRENN, et al.,　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Defendants.　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 1:08-cv-165<br>(CKK) |

**MOTION FOR APPOINTMENT OF COUNSEL
FOR ACTIVE-DUTY SERVICEPERSON AND MEMORANDUM IN SUPPORT**

Plaintiffs Wells Fargo Bank, N.A. ("Wells Fargo"), HSBC USA, Inc. ("HSBC") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Plaintiffs") request this Court appoint representation for Defendant Randolph Stevens ("Stevens") pursuant to the requirements of the Servicemembers Civil Relief Act, 50 App. U.S.C.A. §§ 501, et seq. to enable the prompt resolution of this case.

Plaintiffs initiated this action seeking, inter alia, an order directing the Recorder of Deeds for the District of Columbia to record as valid a Deed (the "Deed"), signed by Defendant Stevens. Prior to the initiation of this suit, Stevens signed the Deed, conveying fee-simple title in real property (the "Property") located at 3004 S. Dakota Ave., N.E., Washington, D.C. 20018 to Defendant Jocquelle Wrenn ("Wrenn"). Stevens was fully compensated for the Property at the time of the sale and is believed to have no continuing interest in the Property. Although Stevens has signed the Deed, Plaintiffs cannot locate a form which Stevens may have signed and which the Recorder of Deeds

requires for recordation. In turn, without recordation of such Deed, Plaintiffs cannot record or enforce the Deeds of Trust signed by Defendant Wrenn.

Both Wrenn and Stevens were properly served with the amended complaint on March 28, 2008 and March 26, 2008, respectively. Wrenn is represented by counsel who, while not yet making an appearance in this matter, has contacted counsel for Plaintiffs and indicated a willingness on Wrenn's part to reexecute the necessary documents to remedy the problems in the chain of title for the Property without further involvement of this Court.

Stevens, however, has not timely responded to the amended complaint, repeated correspondence, or to telephone messages seeking to resolve this simple clerical problem. Based upon information obtained from the Department of Defense Manpower Data Center, Plaintiffs believe that Mr. Stevens is on active duty military service with the U.S. Army. Consequently, under the provisions of the Servicemembers Civil Relief Act, Plaintiffs cannot, at this time, move this Court to enter default against Mr. Stevens unless and until the Court appoints an attorney to represent Stevens. In particular, 50 App. U.S.C.A. § 521(2) provides in part:

> If in an action covered by this section it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant.

In order adequately address the requirements of the act and to quickly remove this case from the Court's docket, we respectfully request this Court appoint counsel for Stevens.

                                        Respectfully submitted,

                                            /s/ Timothy W. Bucknell
                                      Gary C. Tepper (D.C. Bar No. 348698)
                                      Timothy W. Bucknell (D.C. Bar No. 494493)
                                      ARENT FOX LLP
                                      1050 Connecticut Avenue, N.W.
                                      Washington, D.C. 20036-5339
                                      (202) 857-8982 (telephone)
                                      (202) 857-6395 (facsimile)

                                      Attorneys for Plaintiffs
                                      Wells Fargo Bank, N.A., HSBC USA, Inc. and
                                      Mortgage Electronic Registration Systems, Inc.

Dated: June 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2008, I caused Plaintiff's Motion for Appointment of Counsel for Active-Duty Serviceperson and Memorandum of Support to be served by first class mail, postage prepaid upon the following:

>Joquelle Wrenn
>348 Shady Glen Dr.
>Capitol Heights, MD 10743
>
>    and
>
>Randolph Stevens
>13212 Coldwater Dr.
>Fort Washington, MD 10744

_____/s/Timothy W. Bucknell____
Timothy W. Bucknell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WELLS FARGO BANK, N.A., et al., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 1:08-cv-165 (CKK) |
| JOCQUELLE WRENN, et al., | | |
| Defendants. | | |

ORDER

WHEREAS, Defendant Randolph Stevens appears to be on active duty with the United States Army;

WHEREAS, the Servicemembers Civil Relief Act, 50 App. U.S.C.A. § 521, forbids the entry of a default judgment against active-duty servicemen absent representation by counsel it is hereby;

ORDERED, that _____ is appointed as counsel for Defendant Randolph Stevens and;

ORDERED, that appointed counsel shall promptly attempt to contact Mr. Stevens and counsel for Plaintiffs regarding Mr. Stevens' response to the amended complaint in this matter.

_____
COLLEEN KOLLAR-KOTELLY
District Court Judge

Dated: _____