IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wells Fargo Bank, N.A., et al.,** <br> **1 Home Campus** <br> **Des Moines, Iowa 50328** <br> <br>     **Plaintiff,** <br> <br> vs. <br> <br> **Jocquelle Wrenn, et al.,** <br> **3004 S. Dakota Avenue, N.E.** <br> **Washington, D.C. 20018** <br> <br>     **Defendant.** | * <br> * <br> * <br> * <br> * <br> *  Case No.:  1:08-cv-165 <br> * <br> * <br> * <br> * <br> * <br> * |

**ENTRY OF APPEARANCE**

Dear Clerk:

Please enter the appearance of Thomas W. Felder II, Esq. and the Law Office of Thomas Felder, LLC, on behalf of the named Defendant in the above captioned matter: Jocquelle Wrenn.

    Respectfully submitted,

    The Law Office of Thomas Felder, LLC


    By: /s/ Thomas W. Felder
    Thomas W. Felder II, Esq.
    Bar No. MD13033
    10201 Martin Luther King Hwy, Suite 270
    Bowie, Maryland 20720
    Telephone (240) 232-9594
    ***Counsel for Defendant Jocquelle Wrenn***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance has been served on the following counsel, via first class, postage prepaid mail, this the 13th day of June 2008:

Timothy W. Bucknell Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

/s/ Thomas W. Felder_____
Thomas W. Felder II, Esq.