IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wells Fargo Bank, N.A., et al.,** <br> **1 Home Campus** <br> **Des Moines, Iowa 50328** <br><br> Plaintiff, <br><br> vs. <br><br> **Jocquelle Wrenn, et al.,** <br> **3004 S. Dakota Avenue, N.E.** <br> **Washington, D.C. 20018** <br><br> Defendant. | Case No.: 1:08-cv-165 |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW, the Defendant, by and through her counsel, Law Office of Thomas Felder, LLC and attorney Thomas W. Felder II, moves the Court for an extension of time to file an answer, and asks the Court to enter the attached proposed order based on the following grounds:

1. Defendant retained counsel on May 5, 2008.

2. Defendant requests this extension in good faith.

3. Defendant's counsel contacted Plaintiff's counsel regarding this Motion to Extend Time to File an Answer to Plaintiff's Complaint.

4. Plaintiff's counsel is not opposed to this Motion as Plaintiff and Defendant are attempting to resolve this matter.

WHEREFORE, the Defendant is requesting that the time period to file an answer to the complaint be extended to 45 days from the execution of the attached order.

Respectfully submitted,

The Law Office of Thomas Felder, LLC


By: /s/ Thomas W. Felder
Thomas W. Felder II, Esq.
Bar No. MD13033
10201 Martin Luther King Hwy, Suite 270
Bowie, Maryland 20720
Telephone (240) 232-9594
*Counsel for Defendant Jocquelle Wrenn*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance has been served on the following counsel, via first class, postage prepaid mail, this the 13th day of June 2008:

Timothy W. Bucknell Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

/s/ Thomas W. Felder_____
Thomas W. Felder II, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Wells Fargo Bank, N.A., et al.,** \*
**1 Home Campus** \*
**Des Moines, Iowa 50328** \*
\*
    **Plaintiff,** \*
\*
vs.                                          \*    Case No.: 1:08-cv-165
\*
**Jocquelle Wrenn, et al.,** \*
**3004 S. Dakota Avenue, N.E.** \*
**Washington, D.C. 20018** \*
\*
    **Defendant.** \*

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Extend Time to File an Answer to Plaintiff's Complaint, and any opposition thereto, it is this _____ day of _____, 2008,

**ORDERED** that Defendant's motion to extend time, by 45 days, to file an answer and respond to Plaintiff's Complaint be **SO GRANTED.**

_____
Date

_____
District Court Judge