IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wells Fargo Bank, N.A., et al.,** <br> 1 Home Campus <br> Des Moines, Iowa 50328 <br><br> **Plaintiff,** <br><br> vs. <br><br> **Jocquelle Wrenn, et al.,** <br> 3004 S. Dakota Avenue, N.E. <br> Washington, D.C. 20018 <br><br> **Defendant.** | * <br> * <br> * <br> * <br> * <br> * <br> *   Case No.: 1:08-cv-165 <br> * <br> * <br> * <br> * <br> * <br> * |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Extend Time to File an Answer to Plaintiff's Complaint, and any opposition thereto, it is this _____ day of _____, 2008,

**ORDERED** that Defendant's motion to extend time, by 45 days, to file an answer and respond to Plaintiff's Complaint be **SO GRANTED.**

_____                                              _____
Date                                                                    District Court Judge