IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Wells Fargo Bank, N.A., et al.,** | | |
| **1 Home Campus** | * | |
| **Des Moines, Iowa 50328** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| vs. | * | Case No.:  1:08-cv-165 |
| | * | |
| **Jocquelle Wrenn, et al.,** | * | |
| **3004 S. Dakota Avenue, N.E.** | * | |
| **Washington, D.C. 20018** | * | |
| | * | |
|     **Defendant.** | * | |

## DEFENDANT JOCQUELLE WRENN'S ANSWER TO COMPLAINT

COMES NOW, Jocquelle Wrenn, (the "Defendant"), by and through her counsel, the Law Office of Thomas Felder, LLC, and attorney Thomas W. Felder II, and files Defendant's answer to the complaint filed by Wells Fargo Bank, by like-numbered paragraphs, states as follows:

    1. Admitted.

    2. Admitted.

    3. Admitted.

    4. Admitted.

    5. Neither admitted or denied because the allegations do not apply to this defendant, and therefore no answer is required.

    6. Admitted.

    7. Admitted.

    8. No contest.

2

9. No contest.

10. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations.

11. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations.

12. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations.

13. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations.

14. Denied in part regarding the Defendant's intentions to sell the property. With regard to all other allegations in said paragraph, the Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations.

## **AFFIRMATIVE DEFENSES**

A.  Plaintiff fails to state a cause of action for which relief can be granted.

B.  Plaintiff's claims are barred by either the Plaintiff's or a third party's negligence.

C.  Plaintiff's claims are barred by laches.

D.  Defendant has acted with clean hands at all times.

E.  Defendant denies any wrong doing based on the facts alleged in Plaintiff's complaint.

WHEREFORE, Defendant requests that the court enter its order:

1.  Declaring that the Plaintiff's have no cause of action; and assessing costs and attorney fees;

2

    2.        Striking Plaintiff's Complaint;

    3.        Granting summary disposition of dismissal; and,

    4.        Any and all other just and appropriate relief.

Respectfully submitted,

The Law Office of Thomas Felder, LLC

By: /s/ Thomas W. Felder
Thomas W. Felder II, Esq.
Bar No. MD13033
10201 Martin Luther King Hwy, Suite 270
Bowie, Maryland 20720
Telephone (240) 232-9594

***Counsel for Defendant Jocquelle Wrenn***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th, day of July, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification for such filing (NEF) to the following:

Timothy W. Bucknell Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

/s/ Thomas W. Felder
Thomas W. Felder II, Esq.